**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MUHAMMED SIRIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:26-cv-00706** |
| | ) | |
| **JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services,** | ) | **JUDGE CAMPBELL** <br> **MAGISTRATE JUDGE FRENSLEY** |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

The Court is in receipt of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. No. 8) stating that they stipulate to the dismissal of this action with prejudice. Accordingly, pursuant to the parties' joint stipulation, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE